IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : : : Case No.: 7:20-CR-00035 (WLS-TQL) |
| DARREN J. MCCORMICK, | : |
| Defendant. | : |

**ORDER**

Before the Court is Defendant's "Unopposed Motion for Continuance" filed on July 28, 2021. (Doc. 57.) Therein, defense counsel requests a continuance of the trial in this case to the next trial term due to a "health care crisis" that "poses a threat, not only to him, but possibly to Courtroom staff, witnesses and jurors." *Id.* at 2 ¶ 9. Indeed, Standing Order 2021-06 prohibits persons who are experiencing COVID-19 symptoms from entering the courthouse without prior permission, and the Court will not risk exposing jurors, staff, or the public to COVID-19 symptoms by continuing with the trial in this case in August 2021. Furthermore, the Government does not oppose the requested continuance.

Based on the above-stated reasons, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 57) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November 2021 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7)

1

because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 29th day of July 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**