## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

UNITED STATES OF AMERICA,       :
                                :
v.                              :
                                :       Case No.: 7:20-CR-00035 (WLS-TQL)
                                :
DARREN J. MCCORMICK,            :
                                :
                                :
        Defendant.              :
_____ :

### ORDER

The Court intends to notice this case for the Court's November 2021 trial term. All Parties' counsel **shall** review the case, confer, and inform the Court no later than **Friday, September 24, 2021** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If a motion to continue is not filed by the same date, a pretrial conference may be set.

**SO ORDERED**, this 16th day of September 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**