IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:20-CR-00035 (WLS-TQL) |
| | : |
| DARREN J. MCCORMICK, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Defendant has filed four motions: Motion to Strike Surplusage (Doc. 40), Motion to Compel Discovery (Doc. 41), Motion to Bifurcate Trial (Doc. 42), and Motion for Subpoena Duces Tecum (Doc. 43). The Government timely responded to each motion, raising substantial legal arguments in opposition to the motions. (Docs. 48, 49, 51, 52.) No reply briefs were filed, but the Court would benefit from reply briefs addressing the Government's responses. Furthermore, a recent "Announcement" from the Parties indicates that the matters raised in the motions "should be heard by the Court." (Doc. 60.)

Accordingly, Defendant **SHALL** reply to the Government's response briefs (Docs. 48, 49, 51, 52) **no later than Monday, October 4, 2021** either as a single brief or in separate briefs. If the Parties would like a hearing on the pending motions, the Parties shall file a motion for a hearing by the same date, and the Court will determine whether a hearing is appropriate.

**SO ORDERED**, this 27th day of September 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1