IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:20-CR-00035 (WLS-TQL) |
| | : |
| DARREN J. MCCORMICK, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Defendant has filed a "Motion for Relief." (Doc. 64.) Because the Parties have indicated that they are otherwise ready to commence trial in November (Doc. 60), expedited briefing on the new motion is appropriate.

Accordingly, the Government **SHALL** respond to the motion for relief (Doc. 64) **no later than Friday, October 8, 2021** and Defendant **SHALL** file a reply brief **no later than Friday, October 15, 2021**.

**SO ORDERED**, this 5th day of October 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1