# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:20-CR-00035 (WLS-TQL) |
| | : |
| DARREN J. MCCORMICK, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

The Court previously ordered as follows:

Defendant **SHALL** reply to the Government's response briefs (Docs. 48, 49, 51, 52) **no later than Monday, October 4, 2021** either as a single brief or in separate briefs. If the Parties would like a hearing on the pending motions, the Parties shall file a motion for a hearing by the same date, and the Court will determine whether a hearing is appropriate.

(Doc. 62.) No response was filed by any Party in response that order.

Accordingly, the aforementioned reply brief(s) and any request for a hearing **SHALL be filed immediately and no later than Wednesday, October 6, 2021.**

**SO ORDERED**, this 5th day of October 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1