# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No.: 7:20-CR-00035 (WLS-TQL) |
| : | |
| DARREN J. MCCORMICK, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

A pretrial conference occurred on Tuesday, October 12, 2021, which was attended by counsel for the Government, the Defendant, and counsel for the Defendant. Furthermore, the Court had previously informed both counsel that the Court would hear oral arguments on Defendant's pending motions on the same date after the pretrial conference (Docs. 40, 41, 42, 43, 64). The Court issues this Order to memorialize the instructions given on October 12, 2021 and to issue further instructions to the Parties.

Counsel for both Parties announced at the pretrial conference that they are ready to proceed to trial in November. Thereafter, the Court recalled this case to hear oral arguments from counsel on the pending motions. Defense counsel began by explaining that there were matters that were unresolved, such as a 404(b) notice that was filed by the Government before defense counsel was appointed to represent Defendant. Defense counsel asked for additional time to respond to the 404(b) notice (Doc. 7) and asked that the motion to bifurcate (Doc. 42) and his response to the 404(b) notice be heard at the same time. The Court granted the request and ordered that defense counsel file the motion or response to the 404(b) **notice no**

**later than Tuesday, October 19, 2021 at 5:00pm**. The Court further ordered that the pending motions and 404(b) notice be heard on **Thursday, October 21, 2021 at 2:00pm**.

In addition, the Government explained that the Parties were working on a stipulation regarding the Sentence Enhancement Information, and defense counsel announced that he did not expect the case to resolve without a trial.

**SO ORDERED**, this 14th day of October 2021.

                                                      /s/ W. Louis Sands
                                                    **W. LOUIS SANDS, SR. JUDGE**
                                                    **UNITED STATES DISTRICT COURT**