# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | :  Case No.: 7:20-CR-00035 (WLS-TQL) |
| | : |
| DARREN J. MCCORMICK, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

A Draft Presentence Investigation Report ("PSR") was filed in this case on January 18, 2022. (Doc. 127.) Defendant has timely filed an Objection generically objecting to all of the paragraphs in the PSR describing the underlying offense conduct as containing "errors and inaccuracies" and asserting that there is an insufficient factual basis to apply certain specific offense characteristics and adjustments. (Doc. 128.) This is insufficient.

It is well-established that "challenges to the facts contained in the [PSR] must be asserted with specificity and clarity." *United States v. Bennett*, 472 F.3d 825, 832 (11th Cir. 2006). Once a "defendant objects to the factual basis of his sentence, the government has the burden of establishing the disputed fact." *Id.* But without the requisite specificity in the objection, the Government cannot meaningfully respond to the objection and establish the specific disputed facts and the Probation Office does not know which errors might warrant correction. *See* M.D.Ga.L.Crim.R. 32.1. As such, Defendant is **ORDERED** to supplement his Objection indicating the specific facts that are disputed and providing legal support and argument for his objections, where applicable, **no later than Tuesday, February 7, 2022**. The Government shall respond thereto **no later than Tuesday, February 15, 2022**.

**SO ORDERED**, this 2nd day of February 2022.

/s/ W. Louis Sands  
**W. LOUIS SANDS, SR. JUDGE**  
**UNITED STATES DISTRICT COURT**

1