IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v.   : | Case No.: 7:20-CR-00035 (WLS-TQL) |
| : | |
| DARREN J. MCCORMICK, : | |
| : | |
| Defendant.   : | |
| : | |

**ORDER**

Before the Court is a Motion to Continue Sentencing, filed by Defendant on February 7, 2022. (Doc. 131.) Therein, defense counsel requests a continuance of the sentencing hearing by twenty-one days so that he can complete his investigation of sentencing matters and acquire certain records.

For the reasons stated in the motion, which is unopposed by the Government, the Motion to Continue Sentencing (Doc. 131) is **GRANTED**.[1] The sentencing hearing is hereby **RESET** to **Thursday, March 17, 2022 at 3:00pm** in Albany.

**SO ORDERED**, this 11th day of February 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Court has granted only the requested continuance but has not provided approval for any particular documents to be provided to the defense as that request has not yet been made to the Court.

1